UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA SETTLE, | Case No. C23-1367 RSM |
| Plaintiff, | |
| v. | **ORDER AMENDING THE SCHEDULING ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 28, 2024, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including March 13, 2024, to file the optional Reply Brief.

DATED this 22nd day of December, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1